354

## McGAW v. STATE.
### No. 20084.

Court of Criminal Appeals of Texas.
Jan. 4, 1939.

W. C. Boyd, of Denton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for drunken driving, punishment assessed being a fine of $225 and five days in jail.

The offense is properly charged. The record contains no statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.